EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8985
    Facsimile:   (415) 744-0134
    Email: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELIZABETH A. CARRILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner<br>of Social Security,<br><br>    Defendant. | Case No.  2:16-cv-00758-AFM<br><br>**[PROPOSED]**<br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

1  **DECREED** that the above-captioned action is remanded to the Commissioner of
2  Social Security for further proceedings consistent with the Stipulation to Remand.

4  DATED: 7/25/2016

                              ALEXANDER F. MACKINNON
                              UNITED STATES MAGISTRATE JUDGE