IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, ELIZABETH A. CARRILLO

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH A. CARRILLO, | ) Case No.: CV 16-00758 AFM |
| Plaintiff, | ) [PROPOSED] ORDER |
| vs. | ) AWARDING EAJA FEES |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) ALEXANDER F. MACKINNON |
| Defendants. | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND THREE HUNDRED DOLLARS ($3,300.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: 8/12/2016

_____
ALEXANDER F. MACKINNON
U.S. MAGISTRATE JUDGE